

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,891

### EX PARTE WULFRANO YANEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 06-03-05875-MCRAJA-A IN THE 365TH DISTRICT COURT
### FROM MAVERICK COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marijuana and sentenced to nine years' imprisonment. He did not appeal his conviction.

Applicant contends that his trial counsel rendered ineffective assistance because counsel failed to file a motion for the suspension of further execution of his sentence within 180 days so that Applicant could be considered for community supervision. Applicant asserts that he was denied the benefit of his plea bargain and his plea was rendered involuntary.

The trial court has determined that trial counsel was ineffective in that counsel failed to file a motion for the suspension of further execution of his sentence within 180 days so that Applicant could be considered for community supervision and that such ineffective representation prejudiced applicant.   Applicant is entitled to relief.

Relief is granted.  The judgment in Cause No. 06-03-05875-MCRAJA in the 365th Judicial District Court of Maverick County is set aside, and Applicant is remanded to the Maverick County Sheriff to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered:     April 9, 2008
Do Not Publish